IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCHYLER LEE ECHOLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:16-CV-781-WKW |
| | ) [WO] |
| JASON SMOAK, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On January 10, 2017, the Magistrate Judge filed a Recommendation (Doc. # 15) to which no timely objections have been filed. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 15) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and properly prosecute this action.

A final judgment will be entered separately.

DONE this 2nd day of February, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE